IN THE UNITED STATES BANKRUPTCY COURT
FOR Northern California

| | |
|---|---|
| In Re: Dennis Vergara Maglasang & Gina Rojos Maglasang | Case Number: 08-47470<br>Chapter: 13 |
| SSN: *****1065 | |
| Debtors(s) | |

## REQUEST FOR SPECIAL NOTICE AND SERVICES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take this notice that the undersigned is an authorized agent/entity and hereby enters its request on behalf of JPMorgan Chase Bank, National Association and pursuant to Rule 2002 of the Bankruptcy Rules, for inclusion into the Master Mailing List and to have special notice of all events relevant to the above referenced bankruptcy to and including all notices, pleadings, and other documents filed in the proceeding, be sent to the Creditor at the address below.

Respectfully Submitted,

/s/ Clare Gadd   January 13, 2009
Moss Codilis, L.L.P.
AUTHORIZED AGENT/ENTITY
FOR THE CREDITOR
Phone: (303) 799-6966
Fax:    (720) 240-5454

Creditor:

JPMorgan Chase Bank c/o LPS
1270 Northland Drive, Ste 200
Mendota Heights, MN 55120
Loan Number:    ******9446

Debtor Attorney = Law Offices of Patrick L. Forte
Trustee = Martha G. Bronitsky
Court = US BK CT