1  STEVEN W. PITE (CA SBN 157537)
2  DAVID E. McALLISTER (CA SBN 185831)
   CASPER J. RANKIN (CA SBN 249196)
3  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385

6  Attorneys for  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, its successors
7                 and/or assigns

8

9              UNITED STATES BANKRUPTCY COURT

10       NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

11  In re                                    Case No. 08-47470

12  DENNIS VERGARA MAGLASANG AND              Chapter 13
    GINA ROJOS MAGLASANG,
13                                            JPMORGAN CHASE BANK, NATIONAL
         Debtor(s).                           ASSOCIATION'S REQUEST FOR
14                                            SPECIAL NOTICE AND SERVICE OF
                                              PAPERS AND RESERVATION OF
15                                            RIGHTS

16

17       TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL

18             INTERESTED PARTIES

19       PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for JPMorgan

20  Chase Bank, National Association, its successors and/or assigns, hereby requests special notice of all

21  events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in

22  relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules

23  of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of

24  any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well

25  as notice of all matters which must be noticed to creditors, creditors committees and parties-in-

26  interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local

27  Rules of the above-referenced bankruptcy court.

28  /./.

- 1 -

1    PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master

2  Mailing List in this case, the following address be used:

3                        Casper J. Rankin
                         PITE DUNCAN, LLP
4                    4375 Jutland Drive, Suite 200
                         P.O. Box 17933
5                    San Diego, CA 92177-0933

6    Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

7  proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of

8  the within party's:

9    a.    Right to have any and all final orders in any and all non-core matters entered only

10  after de novo review by a United States District Court Judge;

11    b.    Right to trial by jury in any proceeding as to any and all matters so triable herein,

12  whether or not the same be designated legal or private rights, or in any case, controversy or

13  proceeding related hereto, notwithstanding the designation or not of such matters as "core

14  proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to

15  statute or the United States Constitution;

16    c.    Right to have the reference of this matter withdrawn by the United States District

17  Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

18    d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which

19  this party is entitled under any agreements at law or in equity or under the United States

20  Constitution.

21    All of the above rights are expressly reserved and preserved by this party without exception

22  and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other

23  participation in these matters.

24  Dated: February 6, 2009                    PITE DUNCAN, LLP

25

26                                             /s/ CASPER J. RANKIN CA SBN 249196
                                               Attorneys    for   JPMORGAN   CHASE   BANK,
                                               NATIONAL ASSOCIATION, its successors and/or
27                                             assigns

28

- 2 -