STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
JOHN B. ACIERNO III (CA SBN 257176)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, its successors and/or assigns

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>GINA ROJOS MAGLASANG AND<br>DENNIS VERGARA MAGLASANG,<br><br>Debtor(s). | Case No. 08-47470<br><br>Chapter 13<br><br>STIPULATION RE: AVOIDANCE OF LIEN |

This Stipulation is entered into by and between Debtors, GINA ROJOS MAGLASANG AND DENNIS VERGARA MAGLASANG (hereinafter referred to as "Debtors"), by and through their attorney of record, Corrine Bielejeski; and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, its successors and/or assigns, (hereinafter referred to as "Creditor"), by and through its attorney of record Pite Duncan, LLP.

## RECITALS

A. Debtors are the makers of a Note in favor of Creditor dated June 22, 2005, in the original principal amount of $50,000.00 ("Note"), which is secured by a Second Deed of Trust encumbering the real property at 470 Oak Crest Pl, Pittsburg, California 94565-7330 (the "Subject Property"), which is more legally described:

> LYING AND BEING LOCATED IN THE CITY OF PITTSBURG, COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA; ALL THAT CERTAIN PARCEL OR TRACT OF LAND KNOWN AS:
> LOT 25, AS SHOWN ON THE MAP OF SUBDVISION 8080, FILED OCTOBER 19, 1999, IN BOOK 416 OF MAPS, PAGE 45, CONTRA COSTA COUNTY RECORDS.

The Note and Second Deed of Trust are collectively referred to hereinafter as the "Subject Loan."

B. On or about December 16, 2008, Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California, and were assigned Case No. 08-47470.

C. On or about December 16, 2008, Debtors filed a Chapter 13 Plan praying that the court find Creditor's Second Deed of Trust encumbering the Subject Property be avoided and that its claim be paid as an unsecured.

**THE PARTIES HEREBY STIPULATE AND AGREE TO AN ORDER AS FOLLOWS:**

1. Creditor's claim shall be allowed as a non-priority general unsecured claim in the amount of $80,042.36. Creditor shall file an amended Proof of Claim listing its claim as unsecured to be paid in accordance with the Debtors' Plan;

2. The avoidance of Creditor's Second Deed of Trust is contingent upon the Debtors' completion of their Chapter 13 plan and the Debtors' receipt of a Chapter 13 discharge;

3. Upon receipt of the Debtors' Chapter 13 discharge and completion of their Chapter 13 Plan, this Judgment may be recorded by the Debtors with the Contra Costa County Recorder's Office;

4. Creditor shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

5. In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's Second Deed of Trust prior to the Debtors' completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

/././
/././
/././
/././

6. Each party shall bear their own attorneys' fees and costs incurred in the present stipulation in bankruptcy case number 08-47470.

IT IS SO STIPULATED:

Dated: 6/8/09          By: _____
                           CORRINE BIELEJESKI
                           Attorney for Debtor(s)

PITE DUNCAN, LLP

Dated: 6/10/09         By: _____
                           JOHN B. ACIERNO III
                           Attorney for Creditor

- 3 -