Entered on Docket
June 12, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 12, 2009

_____
RANDALL J. NEWSOME
U.S. Bankruptcy Judge
_____

1  STEVEN W. PITE (CA SBN 157537)
   DAVID E. McALLISTER (CA SBN 185831)
2  JOHN B. ACIERNO III (CA SBN 257176)
   PITE DUNCAN, LLP
3  4375 JUTLAND DRIVE, SUITE 200
   P.O. BOX 17933
4  SAN DIEGO, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile:  (619) 590-1385

Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| IN RE GINA ROJOS MAGLASANG AND DENNIS VERGARA MAGLASANG, Debtor(s). | Case No. 08-47470<br>Chapter 13<br><br>ORDER ON STIPULATION RE: AVOIDANCE OF LIEN |
|---|---|

The parties having agreed to the terms set forth in the Stipulation Re: Avoidance of Lien are bound by the terms of their stipulation. The Stipulation Re: Avoidance of Lien, docket entry number 24, is hereby approved and made an order of the court.

**END OF ORDER**

# COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

Gina Rojos Maglasang
Dennis Vergara Maglasang
470 Oak Crest Place
Pittsburg, CA 94565

**DEBTOR(S) ATTORNEY**

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**CHAPTER 13 TRUSTEE**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004