

**Signed: November 23, 2009**

_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**

_____

1  JaVonne M. Phillips, Esq., SBN 187474
   Kelly M. Raftery, Esq., SBN 249195
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA  92101
   Phone (619) 685-4800
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   Mortgage Electronic Registration Systems Inc.
6  as nominee for IndyMac Federal Bank FSB,
   its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-47470 N |
| | ) |
| | ) Chapter 13 |
| Dennis Vergara Maglasang, | ) |
| | ) RS No.   KSH-2877 |
| Gina Rojos Maglasang, | ) |
| | ) **ORDER TERMINATING AUTOMATIC** |
| | ) **STAY AFTER DEFAULT UNDER** |
| Debtors. | ) **ADEQUATE PROTECTION STIPUATION** |
| | ) **and ORDER** |
| | ) |
| | ) Date:    5/13/2009 |
| | ) Time:    10:30AM |
| | ) Ctrm:    200 |
| | ) Place:   1300 Clay Street |
| | )              Oakland, CA |
| | ) |
| | ) Judge:   Randall J. Newsome |
| | ) |

The Debtors, Dennis Vergara Maglasang and Gina Rojos Maglasang ("Debtor"), having failed to cure the post-petition default under the terms of the Adequate Protection Stipulation and Order to Secured Creditor, IndyMac Federal Bank FSB, its assignees and/or successors, ("Movant"), the Court rules as follows:

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay
2 provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of
3 Movant, IndyMac Federal Bank FSB, and its successors and assigns, in the real property
4 commonly known as 470 Oak Crest Place, Pittsburg, CA 94565.
5     IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real
6 property and proceed with post-foreclosure remedies, including any unlawful detainer action, in
7 accordance with applicable law.
8     IT IS FURTHER ORDERED that the ten day stay provided by Bankruptcy Rule
9 4001(a)(3) is waived.

**\*\* END OF ORDER \*\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | COUNSEL FOR DEBTORS |
| 3 | Patrick L. Forte |
| | 1 Kaiser Plaza #480 |
| 4 | Oakland, CA, 94612-3610 |
| 5 | TRUSTEE |
| 6 | Martha G. Bronitsky |
| | P.O. Box 5004 |
| 7 | Hayward, CA, 94540-5004 |
| 8 | DEBTORS |
| 9 | Dennis Vergara Maglasang |
| | Gina Rojos Maglasang |
| 10 | 470 Oak Crest Place |
| 11 | Pittsburg, CA 94565 |
| 12 | SPECIAL NOTICE |
| | JPMorgan Chase Bank, National Association |
| 13 | Casper J. Rankin |
| 14 | 1270 Northland Drive, Ste 200, |
| | Mendota Heights, MN, 55120 |
| 15 | |
| 16 | GE Money Bank |
| | c/o Recovery Management Systems Corp. |
| 17 | Attn: Ramesh Singh |
| | 25 SE 2nd Avenue, Suite 1120 |
| 18 | Miami, FL 33131-1605 |
| 19 | |
| | ATTORNEY FOR MOVANT |
| 20 | McCarthy & Holthus, LLP |
| | 1770 Fourth Avenue |
| 21 | San Diego, CA 92101 |