B 210A Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

Dennis Vergara Maglasang  Case No. 08-47470
Gina Rojos Maglasang

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C.§ 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A. | JPMorgan Chase Bank, N.A. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

JP MORGAN CHASE BANK, N.A.
c/o Five Lakes Agency, Inc.
PO Box 80730
Rochester, MI 48308

Court Claim #: 1
Amount of Original Claim: $36,527.77
Date Claim Filed: 1/13/2009

Phone: (855) 824-1000
Last Four Digits of Acct #: 6756

Phone: _____
Last Four Digits of Acct #: 6756

Name and Address where transferee payments should be sent:
JP MORGAN CHASE BANK, N.A.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308

Phone: (855) 824-1000
Last Four Digits of Acct #: 6756

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Kelly J. Schellig
  /s/ Cassandra L. Carroll                                              Date: 08/29/12
  Transferee/Transferee's Agent
  Kelly J. Schellig
  Cassandra L. Carroll
  Agent for JP MORGAN CHASE BANK, N.A.
  225259

Form 210B (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No. 08-47470
<u>Dennis Vergara Maglasang</u>
<u>Gina Rojos Maglasang</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>1</u> was filed or deemed filed under 11 U.S.C.§ 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the clerk's office of this court on August 29, 2012.

| | |
|---|---|
| JPMorgan Chase Bank, N.A. | JP MORGAN CHASE BANK, N.A. |
| Name of Alleged Transferor | Name of Transferee |

| | |
|---|---|
| Address of Alleged Transferor: | Address of Transferee: |
| C/O SHERMETA, ADAMS & VON ALLMEN, P.C. | Five Lakes Agency, Inc. |
| 1270 NORTHLAND DRIVE, STE 200 | PO Box 80730 |
| MENDOTA HEIGHTS, MN 55120 | Rochester, MI 48308 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

**CLERK OF THE COURT**