```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-47470 WJL |
| **DENNIS VERGARA MAGLASANG and GINA ROJOS MAGLASANG,** | Chapter 13 |
| | **OBJECTION TO CLAIM #1-1 OF JPMORGAN CHASE BANK, N.A. C/o FIVE LAKES AGENCY, INC.** |
| **Debtors.** | |

The undersigned objects to allowance of Claim No.1 -1 filed by JPMorgan Chase Bank, N.a. C/o Five Lakes Agency, Inc.

( ) For any amount

(X) Except as an unsecured claim for $36,527.77.

( ) Except as a secured arrearage claim for $_____.

( ) Except as an unsecured non-priority claim for $_____.

for the following reason:

The real property located at 470 Oak Crest Place, Pittsburg, CA was foreclosed on August 2011.

Dated: August 27, 2013          /s/ Anne Y. Shiau
                                 ANNE Y. SHIAU
                                 Attorney for Debtors